FIRST DEPARTMENT, JANUARY, 1967

(January 3, 1967)

■ ORONZO FORESE v. SEYMOUR SMALL. (Action No. 1.) SEYMOUR SMALL v. ORONZO FORESE. (Action No. 2.) — Motion to vacate, as untimely served, the notice of appeal of appellant granted unless the appellant duly files the notice of appeal, in accordance with CPLR 5515, on or before January 24, 1967. Concur — Botein, P. J., Stevens, Steuer and Capozzoli, JJ.

(January 5, 1967)

(Republished)

■ In the Matter of HUDSON LAND CORP., Appellant, v. HORTENSE W. GABEL, as City Rent and Rehabilitation Administrator, Respondent.— Judgment unanimously affirmed, with $50 costs and disbursements to the respondent. No opinion. The order of this court entered on December 13, 1966 [27 A D 2d 645] is vacated. Concur — Botein, P. J., Breitel, Rabin, Steuer and Capozzoli, JJ.

(January 17, 1967)

■ DONALD J. LOUDIN v. MOHAWK AIRLINES, INC.— Motion to correct the order of this court [24 A D 2d 447] entered on June 29, 1965, granted. The order of this court entered on June 29, 1965 is vacated. Concur — Rabin, J. P., McNally, Stevens, Steuer and Staley, Jr., JJ.

(January 19, 1967)

■ KIPPEN & COMPANY, INC., Appellant, v. CHARLES R. STAHL' et al., Respondents.— Order entered October 7, 1966 denying plaintiff's motion to dismiss the counterclaims of defendants, Stahl and Canamet, unanimously reversed on the law and the facts, with $30 costs and disbursements to the appellant, and the motion granted, with $10 costs. The record indicates a delay of some 32 months in prosecuting the counterclaims here involved. There is no reasonable or justifiable excuse given for such delay and, accordingly, in the circumstances of this case the counterclaims should have been dismissed. (*Commercial Credit Corp.* v. *Lafayette Lincoln-Mercury*, 17 N Y 2d 367.) Moreover, a sufficient showing of merit has not been made. Concur — Stevens, J. P., Steuer, Capozzoli and Rabin, JJ.

■ In the Matter of JOSEPH CARL THOMSON, an Attorney.— Motion for reinstatement to the Bar granted. Concur — Botein, P. J., Rabin, McNally, Steuer and Capozzoli, JJ.